MARTIN VAN BUREN, Respondent, *v.* THE FIRST NATIONAL
BANK OF COOPERSTOWN, Appellant.

*Van Buren v. First National Bank,* 53 App. Div. 80, affirmed.
(Argued January 13, 1902; decided January 28, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 12, 1900, affirming a' judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term after the
submission of a certain question to the jury.

*Lynn J. Arnold* for appellant.

*A. C. Tennant* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.

---

CHRISTINA KOETH, Respondent, *v.* KNIGHTS TEMPLARS AND
MASONS' LIFE INDEMNITY COMPANY, Appellant.

*Koeth v. Knights Templars & M. L. I. Co.,* 43 App. Div. 624, affirmed.
(Argued January 13, 1902; decided January 28, 1902.)

APPEAL from a judgment entered October 20, 1899, upon
an order of the Appellate Division of the Supreme Court in
the fourth judicial department overruling defendant's excep-
tions, ordered to be heard in the first instance by the Appel-
late Division, denying a motion for a new trial and directing
judgment for the plaintiff upon a verdict.

*Eugene Van Voorhis* for appellant.

*George F. Yeoman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.